UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

NICHOLAS BAILEY,

                Plaintiff,                Case No. 1:23-cv-1239

v.                                Honorable Jane M. Beckering

JOHN DAVIS et al.,

                Defendants.
_____/

## JUDGMENT

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's Order.

Dated:    March 11, 2024              /s/ Jane M. Beckering
                                          Jane M. Beckering
                                          United States District Judge